UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID GRANT MEDICAL CENTER, et al.,<br><br>　　　　Defendant. | No.  2:23-cv-0801-TLN-CKD<br><br>**ORDER** |

　　　　This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).  On August 18, 2023, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 18.)  No party filed objections to the findings and recommendations filed on August 18, 2023.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 18, 2023 (ECF No. 18), are ADOPTED IN FULL;
2. Defendant David Grant Medical Center's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (ECF No. 15) is GRANTED;
3. Plaintiff's claims against DGMC are DISMISSED without leave to amend for lack of subject matter jurisdiction; and
4. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Date: October 24, 2023

_____
Troy L. Nunley
United States District Judge

2