UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID GRANT MEDICAL CENTER, et al.,<br><br>Defendant. | No. 2:23-cv-0801-TLN-CKD<br><br><br>**ORDER** |

Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 26, 2024, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 53.) Plaintiff filed objections to the findings and recommendations. (ECF Nos. 54, 55.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations, filed on February 26, 2024, (ECF No. 53) are ADOPTED IN FULL;
2. Defendant City of Fairfield's Motion to Dismiss (ECF No. 46) is GRANTED;
3. Plaintiff's Request for Time and Motion for Discovery (ECF Nos. 38, 40) are DENIED as moot;
4. Plaintiff's Motion for Relief or Judgement (ECF No. 57) is DENIED as premature; and
5. The Clerk of the Court is directed to close this case.

Date: March 27, 2024

                        *Troy L. Nunley*
                        Troy L. Nunley
                        United States District Judge